## IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| COMMONWEALTH OF PENNSYLVANIA, | : No. 601 WAL 2014 |
| | : |
| Respondent | : |
| | : Petition for Allowance of Appeal from the |
| | : **Order** of the Superior Court at No. 744 |
| v. | : WDA 2013 filed November 19, 2014, |
| | : **dismissing** the Judgment of Sentence of |
| | : the McKean County Court of Common |
| DALE P. DOLESKI, | : Pleas at No. CP-42-CR-0000383-2012 |
| | : filed April 4, 2013 |
| Petitioner | : |

## ORDER

**PER CURIAM**

AND NOW, this 29th day of April, 2015, the Petition for Allowance of Appeal is **GRANTED**, the Superior Court's order is **VACATED**, and the matter is **REMANDED** to the Superior Court to consider Petitioner's motion for reconsideration on the merits. Petitioner's filing deadline of August 23, 2014, fell on a Saturday, and, accordingly, should have been extended to August 25, 2014, the following Monday. See 1 Pa.C.S. § 1908; Pa.R.A.P. 107; Pa.R.A.P. 903, note.